UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 2:25-cr-1174 |
| | ) | |
| v. | ) | |
| | ) | (UNDER SEAL) |
| JAMES BENJAMIN GOSNELL, JR. | ) | |
| and | ) | |
| JOHN BADGER THORPE | ) | |

### Limited Unsealing Order

The Court has reviewed the United States' Motion for a Limited Unsealing Order. Having considered the grounds raised in the Motion for a Limited Unsealing Order, the Court finds that the United States has shown good cause to grant the same, including in considering the Court's authority to seal such documents. *See*, *Baltimore Sun v. Goetz*, 886 F.2d 60 (4th Cir. 1988); *Media Genearl Operations, Inc. v. Buchanan*, 417 F.3d 424 (4th Cir. 2005); *In re Application of the United States for an Order Pursuant to 18 U.S.C. § 2703(d)*, 707 F.3d 283, 292-95 (4th Cir. 2013).

**IT IS THEREFORE ORDERED** that the Government's Motion for a Limited Unsealing Order is **GRANTED**. To that end, the Indictment is to be unsealed as to James Benjamin Gosnell, Jr., and a redacted Indictment shall be provided by the Government and filed on the public docket. In addition, the Government is specifically permitted to disclose and share the Indictment and Arrest Warrant in this matter to others within the United States Government as well as foreign officials for the purposes described in that motion.

**IT IS FURTHER ORDERED** that the Motion for a Limited Unsealing Order and this order shall be filed under seal, and the Indictment and Arrest Warrant in this case shall remain sealed for all other purposes.

                                                                                       _____
                                                                                       The Honorable Molly Cherry
                                                                                       UNITED STATES MAGISTRATE JUDGE

October  21 , 2025
Charleston, South Carolina