IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 2:25-cr-1174-RMG |
| | ) | |
| -versus- | ) | |
| | ) | |
| JAMES BENJAMIN GOSNELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN EXTENTION OF TIME WITHIN WHICH TO FILE HIS MOTION TO SUPPRESS AND REQUEST FOR A FRANKS HEARING**

Comes Now, the Defendant, James B. Gosnell, Jr., by and through his undersigned counsel Lionel S. Lofton and respectfully moves this Honorable Court for an extension of time to file his Motion to Suppress and request for a Franks Hearing.

In support of this motion, defendant states as follows:

1. The defendant's motion is currently due on December 24, 2025;

2. The motion is ready to be timely filed;

3. The search warrant affidavit is currently sealed;

4. Defense counsel has contacted AUSA Katie Orville suggesting unsealing the affidavit so that both parties can avoid redacting their respective filings;

5. AUSA Orville indicated she needed to contact the agents who are unavailable until after January 1, 2026, to verify they have no objection to the unsealing;

6. The Government has no objection to a second extension in order for us to work out the specifics concerning the unsealing of the affidavit so that the parties don't have to redact their motions and responses each time they refer to the affidavit.

7. Defense counsel would respectfully request an extension until January 16, 2026, to allow the government ample time to confer with the government agents as to what if anything should be redacted or remain sealed;

Defense counsel respectfully requests an extension until January 16, 2026, to file his motion to suppress and work out the details regarding sealed documents and redactions.

Respectfully submitted,

LOFTON & LOFTON, P.C.

BY:     s/Lionel S. Lofton
        LIONEL S. LOFTON, #2711
        V. LYNN LOFTON, #8059
        225 Seven Farms Drive, Suite 109
        Charleston, SC 29492
        (843) 722-6319 Office
        (843) 722-6372 Facsimile
        Lofton@loftonandlofton.com

        ATTORNEY FOR DEFENDANT

Charleston, South Carolina

December 19, 2025