IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:25-1174 |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| JAMES BENJAMIN GOSNELL, JR. | ) | |
| JOHN BADGER THORPE | ) | |
| | ) | |

Assistant United States Attorney, Daniel B Elliott, hereby files this Notice of

Appearance in the above-captioned case.

BRYAN P. STIRLING
UNITED STATES ATTORNEY


By:  s/Elliott B. Daniels
Elliott B. Daniels (#11931)
Assistant U. S. Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
803-929-3000
Elliott.daniels@usdoj.gov


January 30, 2026