IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 2:25-cr-1174-RMG |
| | ) | |
| -versus- | ) | |
| | ) | |
| JAMES BENJAMIN GOSNELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN EXTENTION OF TIME WITHIN WHICH TO FILE HIS REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS AND REQUEST FOR A *FRANKS* HEARING**

Comes Now, the Defendant, James B. Gosnell, Jr., by and through his undersigned counsel, Lionel S. Lofton, and respectfully moves this Honorable Court for an extension of time to file his Reply to Government's Response to Defendant's Motion to Suppress and request for a *Franks* Hearing.

In support of this motion, Defendant states as follows:

1. Defense counsel is preparing for a Date Certain Medical Malpractice Trial scheduled for March 16, 2026, including preparing for medical and lay witness depositions which have been previously continued by the defense.

2. Defense counsel has notified the Government, and the Government has no objection to Defendant's extension request.

3. Defendant's Reply is currently due on February 27, 2026.

4. Defense counsel is requesting a seven (7) day extension which, if granted, would make the new due date as March 6, 2026.

Defense counsel respectfully requests an extension of seven (7) additional days to file his Reply to Government's Response to Defendant's Motion to Suppress and Request for *Franks* Hearing.

                                        Respectfully submitted,

                                        LOFTON & LOFTON, P.C.

BY:    s/Lionel S. Lofton
          LIONEL S. LOFTON, #2711
          V. LYNN LOFTON, #8059
          225 Seven Farms Drive, Suite 109
          Charleston, SC 29492
          (843) 722-6319 Office
          (843) 722-6372 Facsimile
          Lofton@loftonandlofton.com

          ATTORNEY FOR DEFENDANT

Charleston, South Carolina

February 20, 2026