IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 2:25-CR-01174-001 |
| -versus- | ) | |
| JAMES BENJAMIN GOSNELL, JR., | ) | **MOTION FOR CONTINUANCE** |
| Defendant. | ) | |

COMES NOW the Defendant, JAMES BENJAMIN GOSNELL, JR., by and through his undersigned attorney, Lionel S. Lofton, and respectfully moves this Honorable Court to continue the Defendant's Sentencing Hearing currently scheduled for November 13, 2026, for 45 days in order for the Defendant to investigate alleged new allegations against the Defendant.

As grounds therefor, the Defendant would show as follows:

1. That the Defendant is scheduled for Sentencing in the above-captioned case on November 13, 2026;

2. That on October 29, 2026, the Government furnished to Counsel for the Defendant a 10 page typed statement by an individual who made allegations against the Defendant that allegedly occurred in the 1980s.

3. That information from this 10 page undated and unsigned statement has been included in the revised Presentence Investigation Report (PSR) dated October 28, 2026 which the Defendant did not have when the objections to the original PSR were filed.

4. That the undated 10 page statement indicates that the individual has received some type of mental health treatment at the Mayo Clinic.

5. That the Government has advised that they have not received any of the individual's records from the Mayo Clinic.

6. That there is nothing in the records to indicate that the Government has taken any action to attempt to verify the allegations contained in the statement.

7. That since the Defendant's arrest on September 16, 2025, no one has come forward accusing the Defendant of any inappropriate conduct until two weeks prior to Sentencing with unproven allegations from the 1980s.

8. That the Defendant believes that there are witnesses who will completely discredit the allegations contained in this statement and needs time to fully investigate.

THEREFORE the Defendant would respectfully request that this Honorable Court continue the Defendant's Sentencing for 45 days to allow the Defendant to conduct an investigation into the allegations and Subpoena the records from the Mayo Clinic

Respectfully submitted,

LOFTON & LOFTON, PC

BY: s/Lionel S. Lofton
LIONEL S. LOFTON, #2711
V. LYNN LOFTON, #8059
225 Seven Farms Drive, Suite 109
Charleston, SC 29492
(843) 722-6319 Office
(843) 722-6372 Facsimile
Lofton@loftonandlofton.com

Charleston, South Carolina

November 4, 2026